# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

ZACCHAEUS CHAISSION     §
#2054334     §
    §
v.     §     CIVIL ACTION NO. 3:22-CV-345-S-BK
    §
FELICIA PITRE, D. CISNERO, BROOK     §
A. BUSBEE, PAUL J. JOHNSON, and     §
DOMINIQUE COLLINS     §

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 10. Plaintiff filed objections. *See* ECF No. 14. The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED September 13, 2022.

_____
**UNITED STATES DISTRICT JUDGE**